### BANK OF BOSTON CONNECTICUT *v.* EDWARD E. CIARLEGLIO II

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 503, is denied.

*Kathryn L. Braun,* in support of the petition.

*Lewis S. Lerman,* in opposition.

Decided April 3, 1992

### JOSEPH R. GANEM *v.* JESSIE M. GANEM

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 932, is denied.

*Joseph R. Ganem,* pro se, in support of the petition.

*Jeffrey A. Lang,* in opposition.

Decided April 3, 1992

### ANGELITA TOLLY *v.* DEPARTMENT OF HUMAN RESOURCES

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 938, is granted, limited to the following issue:

"Did the Appellate Court correctly affirm the judgment of the Superior Court dismissing a petition for administrative appeal that was properly served on all necessary parties by United States certified mail as expressly permitted by Connecticut General Statutes § 4-183 (c) (1), for the stated reason that no citation form was appended to the petition?"

*Ann McClure,* in support of the petition.

*Judith Merrill Earl,* assistant attorney general, in opposition.

Decided April 3, 1992